# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CLERK U.S. DC COURT
FILED

2025 OCT 21 P 12: 11

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JESUS ANDRADE HERRERA,<br>PATRICIA ANDRADE GOMEZ,<br>FERNANDO GOMEZ,<br>YESICA ALVAREZ,<br>TIFFANY MCCARVER,<br>KEVIN T. PETTIS,<br>ORLANDO K. MARAVIA RIVAS,<br>GEOVANNI ORTIZ-RAMOS,<br>HUGO A. DEL PORTILLO JR.,<br>NOE PIMENTEL LINARES,<br>EDGAR T. SUAREZ CANSECO,<br>JOSHUA AL HAKEEM-MAAJI MURPHY,<br>RAYMOND N. SERRANO,<br>SHANNON L. GEE,<br>ONDRA J. LOVE-BOND,<br>DALE T. FISHER,<br>KATIE M. CARMODY,<br>ELION T. LEFLORE,<br>ANDREW G. GBUR,<br>ANTHONY L. BUDA,<br>CHRISTOPHER R. BADGETT,<br>QUENTIN A. APKARIAN,<br>JOEY N.I. MIRAMONTES,<br>ANTONIO G. MENDOZA, a.k.a. "PINKY,"<br>JOSHUA RAMOS, and<br>JUAN G. MELENCIANO,<br><br>        Defendants. | **SEALED**<br><br>Case No. 25-CR- **25 - CR - 204**<br><br>[18 U.S.C §§ 2(a), 922(o), 922(g)(1),<br>922(g)(5), 924(a)(2), 924(a)(8),<br>924(c), & 933(a)(1);<br>21 U.S.C. §§ 841(a)(1),<br>841(b)(1)(A), 841(b)(1)(B),<br>841(b)(1)(C), 843(b), & 846] |

---

## INDICTMENT

---

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

1.     Beginning in at least September 2024 and continuing until on or about October 14, 2025, in the State and Eastern District of Wisconsin,

**JESUS ANDRADE HERRERA,**
**PATRICIA ANDRADE GOMEZ,**
**FERNANDO GOMEZ,**
**YESICA ALVAREZ,**
**TIFFANY MCCARVER,**
**KEVIN T. PETTIS,**
**ORLANDO K. MARAVIA RIVAS,**
**GEOVANNI ORTIZ-RAMOS,**
**HUGO A. DEL PORTILLO JR.,**
**NOE PIMENTEL LINARES,**
**EDGAR T. SUAREZ CANSECO,**
**JOSHUA AL HAKEEM-MAAJI MURPHY,**
**RAYMOND N. SERRANO,**
**ONDRA J. LOVE-BOND,**
**SHANNON L. GEE,**
**DALE T. FISHER,**
**KATIE M. CARMODY,**
**ELION T. LEFLORE,**
**CHRISTOPHER R. BADGETT,**
**ANDREW G. GBUR,**
**ANTHONY L. BUDA,**
**QUENTIN A. APKARIAN,**
**JOEY N.I. MIRAMONTES,**
**ANTONIO G. MENDOZA, a.k.a. "PINKY,"**
**JOSHUA RAMOS, and**
**JUAN G. MELENCIANO**

knowingly and intentionally conspired with each other and others, known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute controlled substances in violation of Title 21, United States Code, Section 841(a)(1).

2.     The amount of controlled substances involved in the conspiracy attributable to Jesus Andrade Herrera, Patricia Andrade Gomez, Fernando Gomez, and Yesica Alvarez, as a result of each of their own conduct, and the conduct of other conspirators reasonably foreseeable to each of them, included 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

3. The amount of controlled substances involved in the conspiracy attributable to Ondra J. Love-Bond, Dale T. Fisher, Katie M. Carmody, Elion T. Leflore, Anthony L. Buda, and Joey N.I. Miramontes, as a result of each of their own conduct, and the conduct of other conspirators reasonably foreseeable to each of them, included 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

4. The amount of controlled substances involved in the conspiracy attributable to Tiffany McCarver, Kevin T. Pettis, Orlando K. Maravia Rivas, Geovanni Ortiz-Ramos, Hugo A. Del Portillo Jr., Noe Pimentel Linares, Edgar T. Suarez Canseco, Joshua Al Hakeem-Maaji Murphy, Raymond N. Serrano, Ondra J. Love-Bond, Shannon L. Gee, Dale T. Fisher, Katie M. Carmody, Elion T. Leflore, Christopher R. Badgett, Andrew G. Gbur, Quentin A. Apkarian, Joey N.I. Miramontes, Antonio G. Mendoza, a.k.a. "Pinky," Joshua Ramos, and Juan G. Melenciano, as a result of each of their own conduct, and the conduct of other conspirators reasonably foreseeable to each of them, included 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

5. The amount of controlled substances involved in the conspiracy attributable to Quentin A. Apkarian and Joey N.I. Miramontes, as a result of each of their own conduct, and the conduct of other conspirators reasonably foreseeable to each of them, included 10 grams or more of a mixture and substance containing an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule I controlled substance; and 40 grams or more of a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A), and 841(b)(1)(B), and Title 18, United States Code, Section 2(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 30, 2025, in the State and Eastern District of Wisconsin,

### JUAN G. MELENCIANO

knowingly distributed a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 28, 2025, in the State and Eastern District of Wisconsin,

### JOSHUA RAMOS

knowingly distributed a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 28, 2025, in the State and Eastern District of Wisconsin,

**JUAN G. MELENCIANO**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 28, 2025, in the State and Eastern District of Wisconsin,

### JUAN G. MELENCIANO,

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

      2.      The firearms are more fully described as a Glock 19 Gen 5, bearing serial number BYFK898; and a Glock 19, bearing serial number AGSA436, with a machinegun conversion device.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 28, 2025, in the State and Eastern District of Wisconsin,

### JUAN G. MELENCIANO

knowingly possessed a machinegun, that is, a Glock 19, bearing serial number AGSA436, with a machinegun conversion device.

In violation of Title 18, United States Code, Sections 922(o), and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 28, 2025, in the State and Eastern District of Wisconsin,

**JUAN G. MELENCIANO**

knowingly possessed a machinegun in furtherance of the drug trafficking offenses charged in Counts One and Four of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(B)(ii).

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 26, 2025, in the State and Eastern District of Wisconsin,

**QUENTIN A. APKARIAN and
JOEY N.I. MIRAMONTES**

knowingly distributed 10 grams or more of a mixture and substance containing an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2(a).

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 30, 2025, in the State and Eastern District of Wisconsin,

### JOEY N.I. MIRAMONTES

knowingly distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2(a).

**COUNT TEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

1.  On or about April 30, 2025, in the State and Eastern District of Wisconsin,

**JOEY N.I. MIRAMONTES,**

knowing each had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.  The firearm is more fully described as an American Tactical black and lime green AR-15 pistol, bearing serial number MSA140678.

All in violation of Title 18, United States Code, Sections 2(a), 922(g)(1), and 924(a)(8).

## COUNT ELEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 30, 2025, in the State and Eastern District of Wisconsin,

### JOEY N.I. MIRAMONTES

knowingly possessed a machinegun, that is, a machinegun-conversion device.

In violation of Title 18, United States Code, Sections 2(a), 922(o), and 924(a)(2).

## COUNT TWELVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 30, 2025, in the State and Eastern District of Wisconsin,

**JOEY N.I. MIRAMONTES**

did knowingly transfer machinegun conversion devices to another person, in and affecting interstate commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a machinegun-conversion device by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1) and 2(a).

## COUNT THIRTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 22, 2025, in the State and Eastern District of Wisconsin,

### ANTHONY L. BUDA

knowingly and intentionally possessed with intent to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

# COUNT FOURTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     On or about May 22, 2025, in the State and Eastern District of Wisconsin,

**ANTHONY L. BUDA,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.     The firearms are more fully described as a Taurus PT140, .40 caliber semi-automatic handgun, bearing serial number SZA82497, and a HK 416 D .22 caliber rifle, with a damaged serial number.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FIFTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 22, 2025, in the State and Eastern District of Wisconsin,

### ANTHONY L. BUDA

knowingly possessed a firearm in furtherance of the drug trafficking offenses charged in Counts

One and Thirteen of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SIXTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 29, 2025, in the State and Eastern District of Wisconsin,

**DALE T. FISHER,**
**ELION T. LEFLORE, and**
**JOEY N.I. MIRAMONTES**

knowingly distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2(a).

## COUNT SEVENTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 5, 2025, in the State and Eastern District of Wisconsin,

**ANDREW G. GBUR,**
**QUENTIN A. APKARIAN, and**
**JOEY N.I. MIRAMONTES**

knowingly distributed a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2(a).

## COUNT EIGHTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about July 11, 2025, in the State and Eastern District of Wisconsin,

**JOSHUA RAMOS,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.      The firearm is more fully described as a Ruger LC9 semi-automatic handgun, bearing serial 321-79501.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT NINETEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 11, 2025, in the State and Eastern District of Wisconsin,

### JOSHUA RAMOS

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT TWENTY

**THE GRAND JURY FURTHER CHARGES THAT:**

Between at least July 1, 2025, and on or about October 19, 2025, in the State and Eastern District of Wisconsin,

### DALE T. FISHER and
### KATIE M. CARMODY

did unlawfully and knowingly use and maintain a place located at XX67 North 31st Street, Milwaukee, Wisconsin, for the purpose of distributing, and using a mixture and substance containing methamphetamine, a Schedule II controlled substance; and a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code Section 2(a).

## COUNT TWENTY-ONE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 10, 2025, in the State and Eastern District of Wisconsin,

**DALE T. FISHER and
KATIE M. CARMODY**

knowingly possessed a firearm in furtherance of the drug trafficking offenses charged in Counts

One and Twenty of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2(a).

## COUNT TWENTY-TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 17, 2025, in the State and Eastern District of Wisconsin,

### ELION T. LEFLORE and
### JOEY N.I. MIRAMONTES

knowingly distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2(a).

## COUNT TWENTY-THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 29, 2025, in the State and Eastern District of Wisconsin,

### SHANNON L. GEE

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; a mixture and substance containing cocaine, a Schedule II controlled substance; and a mixture and substance containing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

## COUNT TWENTY-FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     On or about September 29, 2025, in the State and Eastern District of Wisconsin,

**SHANNON L. GEE,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.     The firearm is more fully described as a Glock 19, Gen 5, 9mm semiautomatic firearm, bearing serial number BYUP416.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWENTY-FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 29, 2025, in the State and Eastern District of Wisconsin,

### SHANNON L. GEE

knowingly possessed a firearm in furtherance of the drug trafficking offenses charged in Counts

One and Twenty-Three of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

# COUNT TWENTY-SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 18, 2025, in the State and Eastern District of Wisconsin,

**JESUS ANDRADE HERRERA and
YESICA ALVAREZ**

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2(a).

## COUNT TWENTY-SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

Between at least July 1, 2025, and on or about October 19, 2025, in the State and Eastern District of Wisconsin,

## YESICA ALVAREZ

did unlawfully and knowingly use and maintain a place located at XX15 West Morgan, Milwaukee, Wisconsin, for the purpose of manufacturing and distributing a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1).

## COUNT TWENTY-EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 18, 2025, in the State and Eastern District of Wisconsin,

### PATRICIA ANDRADE GOMEZ and
### FERNANDO GOMEZ

knowingly and intentionally possessed with intent to distribute a mixture and substance containing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2(a).

## COUNT TWENTY-NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 18, 2025, in the State and Eastern District of Wisconsin,

### PATRICIA ANDRADE GOMEZ and
### FERNANDO GOMEZ

knowingly possessed a firearm in furtherance of the drug trafficking offenses charged in Counts One and Twenty-Eight of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2(a).

## COUNT THIRTY

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     On or about October 18, 2025, in the State and Eastern District of Wisconsin,

**PATRICIA ANDRADE GOMEZ,**

knowing she previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms which, prior to her possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.     The firearms are more fully described as a Taurus semi-automatic pistol, bearing serial number AEG548762, and a Smith & Wesson semi-automatic pistol, bearing serial number FEF6270.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THIRTY-ONE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     On or about October 18, 2025, in the State and Eastern District of Wisconsin,

**FERNANDO GOMEZ,**

knowing he was an alien illegally and unlawfully in the United States, knowingly possessed firearms which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.     The firearms are more fully described as a Taurus pistol, bearing serial number AEG548762, and a Smith & Wesson pistol, bearing serial number FEF6270.

All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

# FORFEITURE NOTICE

1.      Upon conviction of the controlled substance offenses alleged in Counts One to Four, Eight, Nine, Thirteen, Sixteen, Seventeen, Twenty, Twenty-Two, Twenty-Three, and Twenty-Six to Twenty-Eight of this Indictment, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses.

2.      Upon conviction of any offense in violation of Title 18, United States Code, Sections 922(g), 922(o), and 924(c) as set forth in Counts Five to Seven, Ten to Twelve, Fourteen, Fifteen, Eighteen, Nineteen, Twenty-One, Twenty-Four, Twenty-Five, and Twenty-Nine to Thirty-One of this Indictment, the defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offenses of conviction. The properties subject to forfeiture include, but are not limited to:

   a.   a Glock 19 Gen 5, semi-automatic handgun bearing serial number BYFK898, recovered on February 28, 2025;
   b.   a Glock 19 handgun, bearing serial number AGSA436, with a machinegun conversion device, recovered on February 28, 2025;
   c.   an American Tactical black and lime green AR-15 pistol, bearing serial number MSA140678, and a baggie containing 22 rounds of .223 ammunition, recovered on April 30, 2025;
   d.   a machinegun conversion device, recovered on April 30, 2025;
   e.   a Taurus PT140, .40 mm handgun, bearing serial number SZA82497, recovered on May 22, 2025;
   f.   an HK 416 D .22 caliber rifle, with a damaged serial number, recovered on May 22, 2025;
   g.   a AR-P 5.56 x 45 caliber firearm, which had no make, model, or serial number, recovered on June 5, 2025;
   h.   a Ruger LC9 handgun, bearing serial 321-79501, recovered on July 11, 2025;

i. a 10 SMB 10mm handgun, bearing serial number BEKK650, with a black magazine, loaded with 10, 10 mm auto unfired cartridges, recovered on August 10, 2025;

j. a Glock 19, Gen 5, 9mm semiautomatic firearm, bearing serial number BYUP416, recovered on September 29, 2025;

k. two P80 pistols recovered on October 18, 2025;

l. a Taurus pistol, bearing serial number AEG548762, recovered on October 18, 2025; and

m. a Smith & Wesson pistol, bearing serial number FEF6270, recovered on October 18, 2025.

3.    If any of the property described above, as a result of any act or omission by a defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL:

███████████████████████

FOREPERSON
Date: 10/21/25

RICHARD G. FROHLING
Acting United States Attorney